FILED
2020 Jun-23 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **TREMARKUS GARRETT,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No.: 1:20-cv-00122-CLM-JHE |
| ) | |
| **JIMMY KILGORE,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

On May 7, 2020, the magistrate judge entered a Report and Recommendation, (doc. 10), recommending the petition for writ of habeas corpus be dismissed for failure to exhaust. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust. A separate Order will be entered.

**DONE** and **ORDERED** this 23rd day of June, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE